IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40525
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR ANTONIO SANTIAGO-MARTINEZ, also known as
Edgar Martinez,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(USDC No. M-93-CR-178-02)
- - - - - - - - - -

September 26, 1996
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Edgar Antonio Santiago-Martinez appeals his guilty plea conviction for conspiracy to possess with intent to distribute marijuana and his sentence. He argues that the district court violated Fed. R. Crim. P. 11 in the taking of his guilty plea, and that the district court failed to make the necessary reasonable

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

foreseeability finding in determining the quantity of marijuana for which he was responsible.  We have reviewed the record and find no reversible error.  <u>United States v. Johnson</u>, 1 F.3d 296, 298 (5th Cir. 1993) (en banc); <u>United States v. Mergerson</u>, 4 F.3d 337, 345 (5th Cir. 1993), <u>cert. denied</u>, 510 U.S. 1198 (1994).

AFFIRMED.